# FEDERAL PUBLIC DEFENDER
## DISTRICT OF NEW JERSEY
K. ANTHONY THOMAS, FEDERAL PUBLIC DEFENDER



800-840 COOPER STREET • SUITE 350 • CAMDEN, NEW JERSEY 08102 • (856) 757-5341

April 24, 2026

Honorable Karen M. Williams
United States District Judge
US Courthouse
4th and Cooper Streets
Camden, NJ 08101

> **RE:    United States v. BobbyJean Orak,**
> **Crim No. 25-490 (KMW)**

Dear, Judge Williams:

Sentencing on the above captioned matter is currently set for sentencing on May 13, 2026.  The defense requests an adjournment of 60 days for the following reasons:

(1) to seek an expert evaluation to address concerns raised by recently received school records, family interviews, and history of a head injury sustained in a 2018 car crash. The defense believes an expert evaluation will help inform the sentencing decision of this Court while evaluating the sentencing factors of 18 U.S.C. 3553(a).  Additionally, an expert assessment will help both this Court and the Bureau of Prison (BOP) determine Mr. Orak's designation, and what programming and treatment needs he has.

(2) to allow Mr. Orak to complete certification as a suicide companion. He is one of 12 inmates selected at the FDC and once he completes this training Mr. Orak will be allowed to work in this important lifesaving role at the BOP.

The government objects, noting that a timely resolution serves the victim's need for closure and stability.  That is understandable, but Mr. Orak has attempted to resolve this case as quickly as possible thus far.  Mr. Orak entered into a plea agreement 62 days after his initial appearance in federal court[1] and has stipulated to a sentence of at least 25 years.  Any fault in requesting an adjournment lies not with Mr. Orak but with counsel.  My apologies to the victim, the government, and this Court, but it is important that counsel for Mr. Orak be effective and that this Court has the information it needs for an appropriate sentence.
.                                                    Respectfully, Tom Young AFD
                                                     *Tom Young*

Cc: Matthew Belgiovine, AUSA
      Kimaya Coursey, USPO

---

[1] Docket entries, #s 6 and 18, respectively.