

**U.S. Department of Justice**

*United States Attorney's Office*
*District of New Jersey*

---

*Matthew J. Belgiovine*
*Assistant United States Attorney*

*402 E. State Street, Room 430*
*Trenton, New Jersey 08608*

*973.856.9179*
*Matthew.Belgiovine@usdoj.gov*

April 30, 2026

**VIA ECF**

The Honorable Karen M. Williams
United States District Judge
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

> Re:    United States v. Bobbyjean Orak
>         Crim. No. 25-490 (KMW)

Dear Judge Williams:

Today, Your Honor adjourned sentencing in this matter to July 22, 2026. In light of the undersigned's trial schedule, the Government respectfully requests a brief additional adjournment. The parties are available to proceed with sentencing on any of the following dates, should the Court's schedule permit: July 27; July 29 through 31; or any weekday during the first two weeks of August.

Thank you for the Court's consideration of this request.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

/s/ Matthew J. Belgiovine
BY:    Matthew J. Belgiovine
Assistant U.S. Attorney

cc:    Tom Young, Assistant Federal Public Defender